Ronald Offret (Alaska Bar No. 7410096 )
733 West 4 Avenue
Suite 206
Anchorage, Alaska 99501
Telephone: 907-279-8657
Facsimile: (907-279-5534
Counsel for David Kenner and
The Kenner Law Firm, APC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEF F. BOEHM,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID KENNER, an individual<br>and THE KENNER LAW FIRM, APC<br>A California Law Firm<br><br>    Defendants. | CASE NO.:<br><br>NOTICE OF REMOVAL OF<br>ACTION TO THE UNITED<br>STATES DISTRICT COURT<br>FOR THE DISTRICT OF<br>ALASKA |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants, David Kenner and The Kenner Law Firm, APC, pursuant to 28 U.S.C.§§ 1332, 1441 and 1446, file this Notice of Removal of this case from the District Superior Court for the State of Alaska at Anchorage, in which court this case is pending, to the United States District Court for the District of Alaska being the district and division embracing the place where the case is pending. In support of this Notice of Removal, Kenner and The Kenner Law Firm state the following grounds for removal:

*Boehm v. Kenner, et al.*
Notice of Removal of Action to the U.S. District Court        Case No.
For the District of Alaska

1. Plaintiff commenced this action by filing a complaint on May 6, 2010 in the District Superior Court of the State of Alaska at Anchorage, (Case No. 3AN-10-7292CI) in which he claims, *inter alia*, that Defendants, Kenner and The Kenner Law Firm, APC, breached a contract for legal services, committed malpractice, defrauded him, and were unjustly enriched. The value of the services at issue is in excess of $75,000.00. Plaintiff has pled for damages in excess of one-million dollars.

2. Plaintiff served Defendant via certified mail on May 11, 2010. The filing of this Notice of Removal is timely under 28 U.S.C. §1446(b) and Rule 6(Ja) of the Federal Rules of Civil Procedure.

3. Complete diversity of citizenship exists between the Plaintiff, Boehm, a legal resident of Alaska and Kenner and The Kenner Law Firm, both residing in and citizens of California.

4. At the time the Complaint was filed, at the time of removal, and during all intervening times, Plaintiff, Boehm, maintained a legal residence at 2192 Viking Drive, Anchorage, Alaska, 99501.

5. At the time the Complaint was filed, at the time of removal, and during all intervening times, Defendant, The Kenner Law Firm, APC is a professional corporation formed pursuant to the laws of the State of California with its principle place of business in Encino, California. At the time the Complaint was filed, at the time of removal, and during all intervening times, Defendant, David Kenner, maintained a legal residence in the State of California.
*Boehm v. Kenner, et al.*
Notice of Removal of Action to the U.S. District Court    Case No.
For the District of Alaska

6. Under 28 U.S.C. § 1332, this Court has original jurisdiction over the claims asserted by the Plaintiff, Boehm because the claims present a controversy between parties of diverse citizenship, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs, Accordingly, this case is removable under 28 U.S.C. §1.441(a).

7. Defendant reserves the right to file additional support for this Notice of Removal.

8. A copy of all process, pleadings, and orders served upon the Defendant is attached hereto as Exhibit "A." Contemporaneously with the filing of this Notice of Removal, written notice has been served upon the Plaintiff through its counsel of record and a copy of this Notice of Removal is being filed with the State of Alaska's District Superior Court in Anchorage.

**WHEREFORE,** Defendants Kenner and The Kenner Law Firm hereby remove this civil action from the District Superior Court for the State of Alaska at Anchorage, to this Court.

Dated: May 19, 2010

Respectfully submitted,

By: _____

Ronald A. Offret Bar # 7410096
733 West 4th Ave., Ste 206
Anchorage, AK 99501
(907) 279-8657 Phone
(907) 279-5534 Fax

*Boehm v, Kenner, ci aL*
Notice of Removal of Action to the U.S. District Court                Case No.
**For the** District of Alaska