IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEF F. BOEHM,<br><br>                       Plaintiff,<br><br>vs.<br><br>DAVID KENNER and THE KENNER<br>LAW FIRM, APC,<br><br>                       Defendants. | No. 3:10-cv-0107-HRH |

ORDER OF DISMISSAL

        The court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

        IT IS ORDERED that this action and all claims asserted herein are dismissed with prejudice and without costs to any party. In the event that the settlement is not perfected or there is a default by one or more parties under the terms of the settlement; this court shall retain jurisdiction of this matter and any party may move to reopen the case to enforce the settlement agreement.

        IT IS FURTHER ORDERED that any trial date and pretrial dates previously set are hereby vacated.

        DATED at Anchorage, Alaska, this <u>24th</u> day of October, 2013.

                                                        /s/ H. Russel Holland<br>                                                        United States District Judge